Date: 01/11/11     **DIVIDENDS REMITTED TO THE COURT**   151704     Page: 1

Case Number 09-21495 - HOUSER, WILLIAM C

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 000002 CHK 105 | 1,145.54 | 3.77 |
| Cleveland Public Power<br>POB 94560<br>Cleveland, OH 44101 | 000005 CHK 108 | 35.39 | 0.12 |
| Northeast Ohio Regional<br>POB 81771<br>Cleveland, OH 44118 | 000006 CHK 109 | 147.24 | 0.48 |
| Cleveland Hts. Water Dept.<br>40 Severence Circle<br>Cleveland, OH 44118 | 000007 CHK 110 | 510.48 | 1.68 |
| Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | 000009 CHK 112 | 800.68 | 2.63 |
| City of Cleveland Division of Water<br>POB 94540<br>Cleveland, OH 44101 | 000010 CHK 113 | 275.98 | 0.91 |
| Cleveland Electric Illuminating Company<br>Bankruptcy Department<br>6896 Miller Road Suite 204<br>Brecksville, OH 44141 | 000012 CHK 114 | 430.67 | 1.42 |
| Internal Revenue Service | 11C CHK 115 | 380.86 | 1.25 |
| ---------- Remittance Total ---------- | | 3,726.84 | 12.26 |

LAUREN A. HELBLING, Trustee

FILED 2011 JAN 13 PM 3:47 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND